UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                Case No. 6:17-bk-01326-CCJ
                                                                      Chapter 7
CLAUDIO CIPEDA,

        Debtor.
_____/

**TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY WINDERWEEDLE,
HAINES, WARD & WOODMAN, P.A., AS SPECIAL COUNSEL**

      ARVIND MAHENDRU, as Chapter 7 Trustee of the Estate of CLAUDIO CIPEDA ("Debtor"), hereby seeks authorization to employ Ryan E. Davis and the law firm of Winderweedle, Haines, Ward & Woodman, P.A. ("WHWW") as special counsel, pursuant to Sections 327 and 328 of the Bankruptcy Code, in this case, and, in support thereof, states:

      1.      On March 1, 2017, the Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code ("Code").

      2.      Thereafter, ARVIND MAHENDRU, was appointed as Trustee.

      3.      The Trustee believes it is necessary to employ WHWW, which is duly admitted to practice before this Court and has significant bankruptcy experience, for the purpose of assisting the Trustee, as special counsel, to investigate and pursue potential avoidance actions under Chapter 5 of the Bankruptcy Code. The representation will exclude any investigation or pursuit of avoidance actions against any clients of WHWW identified in the Verified Statement.

      4.      Except as otherwise stated in the Verified Statement of WHWW filed contemporaneously herewith, and to the best of the knowledge of the Chapter 7 Trustee, WHWW has no connection with the creditors, any other party in interest, its respective attorneys and

accountants, the United States Trustee, or any persons employed by the United States Trustee and is disinterested. Except as otherwise disclosed in the Verified Statement, WHWW does not represent or hold any interest adverse to the estate.

5. The terms and conditions under which the trustee seeks to employ WHWW are as follows: WHWW will receive a contingency fee equal to forty percent (40%) of the net proceeds recovered, plus costs. The fee will be reduced to twenty-five percent (25%) if the matter is resolved without a contested matter or adversary proceeding. Any attorneys' fees awarded will not be subject to any setoff or reduction. The term "Net Proceeds" includes any and all assets recovered after payment of any liquidation costs, no matter how obtained, whether through settlement, judgment, or otherwise.

6. WHWW will seek the Court's approval of any out-of-pocket expenses incurred on behalf of the Chapter 7 Trustee in conformity with 11 U.S.C. '' 330 and 331.

7. WHWW understands that its monetary compensation for fees and expenses incurred as special counsel to the Chapter 7 Trustee in this case is subject to further approval of this Court, after appropriate notice and hearing.

8. To the best of the Chapter 7 Trustee's knowledge, WHWW has not shared or agreed to share such compensation with any other person, except among its shareholders and members.

/
/
/
/
/

[this space intentionally left blank]

WHEREFORE, the Trustee prays that the employment of Winderweedle, Haines, Ward & Woodman, P.A., under the terms specified to represent him as Trustee in this case as counsel be approved by the Court, pursuant to Sections 327 and 328 of the Bankruptcy Code.

DATED July 7, 2017.

>*/s/ Arvind Mahendru*
>ARVIND MAHENDRU, Trustee
>5703 Red Bug Lake Road, Suite 284
>Winter Springs, FL 32708
>Office: 407-504-2462
>Email:   amtrustee@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 7, 2017, a true and correct copy of the foregoing has been furnished via:

**CM/ECF to:**

United States Trustee, George C. Young Federal Bldg., 400 W. Washington Street, Suite 1100, Orlando, FL   32801

**US Mail to:**

Claudio Cipeda, , 9669 AVELLINO AVENUE, APT 6317, ORLANDO, FL 32819;

John Andrew Braithwaite, Braithwaite & Associates, PA, 390 N. Orange Avenue, Suite 2300, Orlando, FL 32801

>*/s/ Arvind Mahendru*
>ARVIND MAHENDRU, Trustee